# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0100–2 | User: kford | Date Created: 3/15/2019 |
| Case: 18–20417 | Form ID: pdf900 | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| tr  | Andrew M. Dudley | jawill@chap13.com |
| aty | F. Bruce Sleeper, Esq. | bankruptcy@jbgh.com |
| aty | J Scott Logan | scott@southernmainebankruptcy.com |
| aty | James G. Spaulding, Esq. | jspaulding@bgt–law.com |
| aty | Jeffrey J. Hardiman, Esq. | jeffrey.hardiman@brockandscott.com |
| aty | Jennifer Lynn Maynard, Esq. | jmaynard@bmpc–law.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | William C. Broder | P.O. Box 720 | York Beach, ME 03910 | |
| cr | Norway Savings Bank | 261 Main Street | P.O. Box 347 | Norway, ME 04268 U.S. |
| smg | State of Maine | Bureau of Revenue Services | Compliance Division Bankruptcy Unit | P.O. Box 1060   Augusta, ME 04332 |

TOTAL: 3